# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES EDWARD HUEBLER,<br><br>*Petitioner*,<br><br>vs.<br><br>LENARD VARÉ, *et al.,*<br><br>*Respondents*. | 3:05-cv-00048-RCJ-VPC<br><br><br>ORDER |

Petitioner's motion (#43) for extension of time is GRANTED; and the time for petitioner to file an opposition to the respondents' motion to dismiss is extended up to and including January 26, 2007.

DATED this 19th day of December, 2006.

_____
ROBERT C. JONES
United States District Judge